Hallmark Licensing, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 25-cv-02214

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | yagoocn.en.alibaba.com | Shenzhen Yagelong Technology Co., Ltd. |
| 2 | yaxl.en.alibaba.com | Shenzhen Yaxinlong Technology Co., Ltd. |
| 3 | weeelite.en.alibaba.com | Suzhou Qianmengshihua Technology Co., Ltd. |
| 4 | amazon.com/sp?seller=A2OK28NAC3WMF2 | DYW TOYS |
| 5 | amazon.com/sp?seller=A2OIZT43SGJTDJ | KAWAJP |
| 6 | amazon.com/sp?seller=A2XYIMVNS0BBAU | WENNISTORE |
| 7 | dhgate.com/store/21770663 | baofu005 |
| 8 | dhgate.com/store/22033795 | beneony |
| 9 | dhgate.com/store/22034549 | candy_bean |
| 10 | dhgate.com/store/22016004 | dhpetbf |
| 11 | dhgate.com/store/22016005 | dhpetbg |
| 12 | dhgate.com/store/22016006 | dhpetbh |
| 13 | dhgate.com/store/22016007 | dhpetbi |
| 14 | dhgate.com/store/22022532 | dhshoesmd |
| 15 | dhgate.com/store/21747287 | flowery888 |
| 16 | dhgate.com/store/21634633 | lanmmg |
| 17 | dhgate.com/store/21877450 | meck |
| 18 | dhgate.com/store/21904230 | mr_wardrobe011 |
| 19 | dhgate.com/store/22002682 | olylin1 |
| 20 | dhgate.com/store/21716936 | qiaomaidou05 |
| 21 | dhgate.com/store/22012249 | the_medallion |
| 22 | dhgate.com/store/22021095 | ua_hartford |
| 23 | dhgate.com/store/22021078 | ua_laguna |
| 24 | dhgate.com/store/22021083 | ua_niguel |
| 25 | dhgate.com/store/22002458 | wenxin_pavilion1 |
| 26 | dhgate.com/store/21631160 | xiaoyanyes |
| 27 | ebay.com/usr/ojioahn2 | ojioahn2 |
| 28 | temu.com/m-634418219611030.html | AMZXZ |
| 29 | temu.com/m-634418219791304.html | Block Warriors |
| 30 | temu.com/m-634418220409063.html | CHEN LU FEI |
| 31 | temu.com/m-634418215995209.html | City Night |
| 32 | temu.com/m-634418219596386.html | Comfor Living |
| 33 | temu.com/m-634418220209957.html | CSDADJMB |

| | | |
|---|---|---|
| 34 | temu.com/m-634418218713968.html | Dapper Dudes Tees |
| 35 | temu.com/m-634418219924174.html | DAYONEE |
| 36 | temu.com/m-1622394750433.html | Divine Lotins |
| 37 | temu.com/m-634418220209248.html | DQWERCHA |
| 38 | temu.com/m-634418219417597.html | DreamBit |
| 39 | temu.com/m-634418219953496.html | Easy lane Atwo |
| 40 | temu.com/m-634418220454638.html | FUSHENGshangmao |
| 41 | temu.com/m-634418220496410.html | GchengchengA |
| 42 | temu.com/m-634418220438495.html | Hzx new |
| 43 | temu.com/m-634418216914712.html | jiechengjiafang |
| 44 | temu.com/jieshengchuanqi-m-634418216011794.html | jieshengchuanqi |
| 45 | temu.com/m-634418220133878.html | JING GOGOB |
| 46 | temu.com/m-6320499441287.html | Love In Life |
| 47 | temu.com/m-634418219974287.html | Luckiness F |
| 48 | temu.com/m-634418213855588.html | Nakewan |
| 49 | temu.com/m-634418218592169.html | NiceCoo |
| 50 | temu.com/m-634418216080542.html | OK MA |
| 51 | temu.com/m-634418219390237.html | OKC JLY |
| 52 | temu.com/m-634418218850319.html | QIHUANWU |
| 53 | temu.com/m-634418216913622.html | Qster |
| 54 | temu.com/m-634418219223182.html | quanjianhaotanF |
| 55 | temu.com/m-634418220198444.html | SFDGHH |
| 56 | temu.com/m-634418220431628.html | shengliangxiaodian |
| 57 | temu.com/m-634418220343997.html | shuchangfuzhuang |
| 58 | temu.com/m-634418218224482.html | Spell beautifulEE |
| 59 | temu.com/m-634418219632314.html | SSLYE |
| 60 | temu.com/m-634418220189029.html | TshirtKing |
| 61 | temu.com/m-634418220341337.html | xubaojiafang |
| 62 | temu.com/m-634418219943261.html | ydtyyshop |
| 63 | temu.com/m-634418220394728.html | yuedouxiaodian |
| 64 | temu.com/m-634418220310666.html | ziduFirst |
| 65 | temu.com/m-634418220363839.html | ziduKing |
| 66 | temu.com/m-634418220364292.html | ziduYyds |
| 67 | temu.com/m-634418219790041.html | Zz fun stickers |
| 68 | walmart.com/seller/101279220 | BigLeopard Shop |
| 69 | walmart.com/seller/101585486 | DengChengLin |
| 70 | walmart.com/seller/101586178 | GIERIDUC |
| 71 | walmart.com/seller/101630952 | HETUIWLO |
| 72 | walmart.com/seller/101670136 | jiaomeng |
| 73 | walmart.com/seller/102512511 | KiRimity |

| | | |
|---|---|---|
| 74 | walmart.com/seller/101631995 | PENGHE Co.Ltd |
| 75 | walmart.com/seller/101132255 | SENYERGIANT |
| 76 | walmart.com/seller/102572069 | Yunyao |
| 77 | walmart.com/seller/102485251 | ZAOTAI Co.Ltd |