**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HALLMARK LICENSING, LLC, | Case No. 1:25-cv-02214 |
| Plaintiff, | **Judge:** Elaine E. Bucklo |
| v. | **Magistrate Judg**e: Jeannice W. Appenteng |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel for Defendant PENGHE Co.Ltd (Def. No. 74), He Cheng, respectfully moves to withdraw as counsel in the above-captioned matter and states as follows:

1. On April 18, 2025, the undersigned counsel filed an appearance on behalf of Defendant PENGHE Co.Ltd.

2. On January 13, 2026, the undersigned counsel was contacted by Wenjie Gao, the owner of PENGHE Co.Ltd who informed counsel that the online store is no longer in business and does not wish to defend itself further in this matter.

3. Given this position, counsel advised PENGHE Co.Ltd regarding its rights and obligations, as well as the legal consequences of not participating in the proceedings. PENGHE Co.Ltd clearly informed counsel that it will not participate in any further proceedings, respond to any subsequent court actions, or oppose being defaulted.

WHEREFORE, the undersigned counsel respectfully moves that this Court grant leave to withdraw as counsel of record for PENGHE Co.Ltd in this matter.

January 23, 2026,	Respectfully submitted,
/s/ *He Cheng*
He Cheng
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***

11/13/2024

United States District Court
Northern District of Illinois

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:25-cv-02214

**Case Title**: Hallmark Licensing, LLC v. The Partnerships and Unincorporated Associations Ide

**Judge**: Hon. Elaine E. Bucklo

**Name of Attorney submitting the motion to withdraw**:
He Cheng

**Name of Client**:
PENGHE Co.Ltd

**Mailing address of Client**: No. 31 Liangfeng Road

**City:** Ruzhou   **State:** Henan Province, China

**Zip:** 467500   **Telephone Number:**

**Email address of Client:** fenfbingud@126.com

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ He Cheng

**Date:** 1/23/26