IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN YAGELONG TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | Case No. 25-cv-02214 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

**PLAINTIFF'S MOTION FOR ENTRY OF A FINAL JUDGMENT ORDER
AS TO DEFENDANT PENGHE CO.LTD (DEF. NO. 74)**

Plaintiff Hallmark Licensing, LLC ("Plaintiff" or "Hallmark") moves this Honorable Court for Entry of a Final Judgment Order as to Defendant PENGHE Co. Ltd. (Def. No. 74) ("Defendant").

On November 10, 2025, the Court entered an Order [79] ("Order") granting, among other things, Plaintiff's Motion for Summary Judgment and an Award of Statutory Damages [65] against Defendant. *See* [79]. The Order awarded $50,000 in statutory damages and reasonable attorneys' fees against Defendant. *Id*.

Plaintiff has elected to not seek attorney fees. *See* [85]. Accordingly, Plaintiff requests the Court enter a Final Judgment Order against Defendant and an award of $50,000 in statutory damages. Plaintiff is submitting a proposed Final Judgment Order to the Court.

Dated this 23rd day of January 2026.  Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of January 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record. I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

      /s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff*
*Hallmark Licensing, LLC*