# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN YAGELONG TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 25-cv-02214<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, January 28, 2026, at 9:45 a.m., Plaintiff shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion for Entry of a Final Judgment Order as to Defendant PENGHE Co. Ltd. (Def. No. 74).

Dated this 23rd day of January 2026.   Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record. I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff*
*Hallmark Licensing, LLC*